UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEO McGEOGHEGAN and<br>EILEEN McGEOGHEHAN,<br><br>        Plaintiffs,<br><br>  vs.<br><br>SPX DOCK PRODUCTS, INC., a<br>foreign corporation formerly known as<br>KELLY COMPANY, INC.,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  No. 4:04-CV-1270 CEJ<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER**

Before the Court is the parties' joint stipulation of dismissal with prejudice. In accordance with the parties' agreement,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 6th day of June, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com