UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEO McGEOGHEGAN and <br> EILEEN McGEOGHEHAN, <br><br> Plaintiffs, <br><br> vs. <br><br> SPX DOCK PRODUCTS, INC., a <br> foreign corporation formerly known as <br> KELLY COMPANY, INC., <br><br> Defendant. | No. 4:04-CV-1270 CEJ |

### ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice. In accordance with the parties' agreement,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1).

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　CAROL E. JACKSON
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this 6th day of June, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com