UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LEO McGEOGHEGAN and EILEEN McGEOGHEHAN, | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) No. 4:04-CV-1270 CEJ ) |
| SPX DOCK PRODUCTS, INC., a foreign corporation formerly known as KELLY COMPANY, INC., | ) ) ) ) |
| Defendant. | ) |

### ORDER

**IT IS HEREBY ORDERED** that the Order [#94] dismissing this action with prejudice is **vacated**.

**IT IS FURTHER ORDERED** that the parties shall have until **July 21, 2006** in which to file a stipulation for dismissal.

**IT IS FURTHER ORDERED** that if the stipulation for dismissal is not filed by the above deadline, the Court will thereafter enter an order dismissing this action with prejudice and retaining jurisdiction for the sole purpose of determining whether the settlement should be enforced upon motion of any party.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 6th day of June, 2006.

PDF created with FinePrint pdfFactory trial version www.pdffactory.com